THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
James R. Henry,       
Appellant,
 
 
 

v.

 
 
 
Natasha R. Harris,       
Respondent.
 
 
 

Appeal From Greenville County
Henry F. Floyd, Circuit Court Judge
Joseph J. Watson, Circuit Court Judge
G. Thomas Cooper, Jr., Circuit Court 
 Judge
Larry R. Patterson, Circuit Court Judge

Memorandum Opinion No. 2004-MO-047
Heard October 22, 2003 - Filed August 
 23, 2004

AFFIRMED

 
 
 
Samuel Darryl Harms, of Harms Law Firm, of Greenville, for Appellant.
Robert D. Moseley, Jr. and Paul E. Hammack, both of Leatherwood, Walker, Todd 
 & Mann, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following 
 authorities: Dunn v. Dunn, 298 S.C. 499, 381 S.E.2d 734 (1989); Otis 
 Elevator, Inc. v. Hardin Constr. Co. Group, Inc., 316 S.C. 292, 450 S.E.2d 
 41 (1994).
 MOORE, A.C.J., WALLER, BURNETT, PLEICONES, JJ., and Acting Justice 
 James W. Johnson, Jr., concur.